IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LINDA MCCOLLUM and <br> RONER MITCHELL, <br> <br> Plaintiffs, <br> <br> vs. <br> <br> ARBORS OF LITTLE ROCK, LLC, <br> and CASE & ASSOCIATES PROPERTIES, <br> INC., <br> <br> Defendants. | * <br> * <br> * <br> * <br> * <br> *    No. 4:11CV00354 SWW <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**Order of Dismissal**

Pursuant to the stipulation of dismissal filed by the parties stating that this action should be dismissed with prejudice,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice.

DATED this 16th day of August, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE